# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2019 KW 0949

VERSUS

NICKEY A. LANDOR                                        OCT 2 8 2019

---

In Re:     Nickey A. Landor, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           423940.

---

BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

     **WRIT DENIED.** See **State v. Blackwell**, 377 So.2d 110, 112
(La. 1979); **State v. Thompson**, 50,392 (La. App. 2d Cir.
2/24/16), 189 So.3d 1139, 1146, writ denied, 2016-0535 (La.
3/31/17), 217 So.3d 358.

                              **TMH**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT